**Ethel M.SMITH, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2011–3127.

United States Court of Appeals, Federal Circuit.

July 28, 2011.

Ethel M. Smith, Spring Lake, NC, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**David M. PECARD, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2011–3151.

United States Court of Appeals, Federal Circuit.

Aug. 16, 2011.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's July 28, 2011, 459 Fed. Appx. 914, 2011 WL 7446137, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before September 6, 2011.